1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WORTHEN, et al., | Case No. 19-cv-01028-JSW |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| CRANE CO., | |
| Defendant. | |

On May 17, 2019, this Court ordered the parties to file a joint status report or a notice of voluntary dismissal by June 28, 2019.  The deadline has passed, and the parties failed to file either document.  The parties are HEREBY ORDERED to show cause, no later than July 2, 2019, as to why they did not comply with this Court's Order.  A joint status report or a notice of voluntary dismissal will satisfy this requirement.

IT IS SO ORDERED.

Dated: July 1, 2019

_____
JEFFREY S. WHITE
United States District Judge